James Johnson aka James Rutledge
**Pro Se Plaintiff**
jejmms@gmail.com
631 Deetz Road
Mount Shasta, CA 96067
(541) 778-9114

David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Tamar Gabriel (SBN: 266860)
gabrielt@cmtlaw.com
**CARLSON & MESSER LLP**
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
*PREMIERE CREDIT OF NORTH AMERICA, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF THE STATE OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES JOHNSON aka JAMES RUTLEDGE,<br><br>Plaintiff,<br><br>PREMIERE CREDIT OF NORTH AMERICA, LLC,<br><br>Defendant. | Case No. 2:14-cv-02913-JAM-EFB<br><br>**STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO

THEIR RESPECTIVE COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff JAMES JOHNSON and Defendant PREMIERE CREDIT OF NORTH AMERICA, LLC ("Defendant") through their respective counsel of record, that the above-entitled action shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*. Each party shall bear its own costs and expenses.

Dated: May 28, 2015

**Pro Se Plaintiff**

By /s/ James Johnson a/k/a James Rutledge
James Johnson
Pro Se Plaintiff,
*JAMES JOHNSON a/k/a*
*JAMES RUTLEDGE*

Dated: May 28, 2015

**CARLSON & MESSER LLP**

By  /s/ Tamar Gabriel
David J. Kaminski
Tamar Gabriel
Attorneys for Defendant,
*PREMIERE CREDIT OF NORTH*
*AMERICA, LLC*

## PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action.  My business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, California  90045.

On **May 28, 2015**, I served the foregoing document(s) described as: **STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE** on all interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

[X]   **BY MAIL:**  I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP.  I am readily familiar with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[]    **BY ELECTRONIC MAIL:**  Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list).  I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **BY FACSIMILE** – I transmitted via telecopier machine such document to the interested parties at the facsimile number(s) listed on the attached service list.

[]    **(STATE):**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   **(FEDERAL):**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **28th** day of **May 2015** at Los Angeles, California.

_Linda Brooks_
Linda Brooks

{00032838;1}

1

*James Johnson aka James Rutledge*
File No. 08081.00

James Johnson aka James Rutledge            IN PRO SE
631 Deetz Road
Mount Shasta, California   96067
Tele: (541) 778-9114
jejmms@gmail.com

{00032838;1}

2