**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF THE STATE OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JAMES JOHNSON aka JAMES RUTLEDGE,<br><br>           Plaintiff,<br><br>PREMIERE CREDIT OF NORTH AMERICA, LLC,<br><br>           Defendant. | Case No. 2:14-cv-02913-JAM-EFB<br><br>**ORDER RE: STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff JAMES JOHNSON and Defendant PREMIERE CREDIT OF NORTH AMERICA, LLC to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between parties, the Court orders as follows:

\\\

.

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii). Each Party shall bear its own costs and expenses.

**IT IS SO ORDERED**

Dated: May 29, 2015

/s/ JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE